IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRIENNE SPLITTGERBER,<br><br>    Plaintiff,<br><br>vs.<br><br>THE STATE OF NEBRASKA, THE NEBRASKA STATE PATROL, STEPHEN HAUDRICH, Dr., an individual; BRADLEY RICE, an individual; DAVID SANKEY, an individual; and JOHN AND JANE DOES, individuals;<br><br>    Defendants. | **8:17CV280**<br><br>**ORDER** |

IT IS ORDERED that the motion to permit Timothy Ertz to withdraw as counsel of record for Defendants State of Nebraska, Nebraska State Patrol, and David Sankey (in his individual capacity), (Filing No. 54), is granted.

June 27, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge