IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

BRIENNE SPLITTGERBER,

            Plaintiff,

    vs.

THE STATE OF NEBRASKA, THE
NEBRASKA STATE PATROL, STEPHEN
HAUDRICH, Dr., an individual; BRADLEY
RICE, an individual; DAVID SANKEY, an
individual; and JOHN AND JANE DOES,
individuals;

            Defendants.

**8:17CV280**


**ORDER**


After conferring with counsel, the motion to extend the progression order deadlines, (Filing No. 71), is granted in part as follows:

IT IS ORDERED:

1)    The deadlines for complete expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

        For the plaintiff(s):        October 31, 2018.

        For the defendant(s):      November 30, 2018.

2)    The deposition deadline for fact witnesses is November 30, 2018. The deadline for deposing experts witnesses is December 31, 2018.

3)    The deadline for filing motions for summary judgment based on qualified immunity is October 12, 2018.

4)    All other deadlines and settings are unchanged.

August 14, 2018.

                    BY THE COURT:

                    *s/ Cheryl R. Zwart*
                    United States Magistrate Judge