# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRIENNE SPLITTGERBER,<br><br>    Plaintiff,<br><br>    v.<br><br>THE STATE OF NEBRASKA, THE NEBRASKA STATE PATROL, DR. STEPHEN HAUDRICH, an individual, BRADLEY RICE, an individual, DAVID SANKEY, an individual, JOHN AND JANE DOES, individuals<br><br>    Defendants. | Case No. 8:17-cv-280<br><br>DEFENDANT DAVID SANKEY'S MOTION FOR SUMMARY JUDGMENT |

    COMES NOW Defendant David Sankey (hereinafter "Sankey"), in his individual capacity, and moves for summary judgment on Plaintiff's sole remaining claim against Sankey, Plaintiff's Second Claim for Relief – Title 42 U.S.C.A. § 1983 – Denial of Equal Protection, under Fed. R. Civ. P. 56 and NECivR 56.1.

    Sankey asserts that there is no genuine issue as to any material fact and that he is entitled to qualified immunity and judgment as a matter of law. Sankey seeks an Order from this Court dismissing Plaintiff's Complaint against Sankey with prejudice.

    Submitted October 12, 2018.

                                                 DAVID SANKEY, in his individual capacity,

                                         BY:    DOUGLAS J. PETERSON, #18146
                                                        Attorney General

                                         BY:    s/*Jessica M. Forch*
                                                        Jessica M. Forch, #24912
                                                        Assistant Attorneys General

2115 State Capitol
Lincoln, NE  68509
Tel:  (402) 471-1845
jessica.forch@nebraska.gov

*Attorneys for Defendants State of Nebraska, Nebraska State Patrol, and David Sankey.*

### CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice to Plaintiff's attorney of record.

s/*Jessica M. Forch*
Jessica M. Forch, #24912
Assistant Attorney General

2