IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BRIENNE SPLITTGERBER, | ) | Case No. 8:17-cv-280 |
| | ) | |
| Plaintiff | ) | |
| vs. | ) | |
| | ) | |
| BRADLEY RICE, | ) | |
| | ) | |
| Defendant. | ) | |

MOTION FOR SUMMARY JUDGMENT

Comes now Bradley Rice, by and through counsel, and pursuant to Fed. R. Civ. P. 56 and NECivR 56.1 and moves for summary judgment for the reasons that there is no genuine dispute as to any material fact as to the Defendant's qualified immunity from the Plaintiff's claim for money damages and he is entitled to judgment as a matter of law.

WHEREFORE, the Defendant prays for an order or Judgment in favor of the Defendant and against the Plaintiff on the Amended Complaint and that the case be dismissed, with prejudice.

BRADLEY RICE, Defendant

*s/Robert B. Creager*
Robert B. Creager # 15370
ANDERSON, CREAGER &
 WITTSTRUCK, P.C. LLO
1630 K Street
Lincoln, NE  68508
(402) 477-8800
Attorney for Defendant Rice

**CERTIFICATE OF SERVICE**

  I hereby certify that on October 11, 2018 I electronically filed the foregoing with the Clerk of the District Court, using the CM/ECF system, which sent notification of such all parties in interest in this case.

                */s/ Robert B. Creager*_____
                Robert B. Creager, #15370