IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRIENNE SPLITTGERBER,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>THE STATE OF NEBRASKA, THE NEBRASKA STATE PATROL, BRADLEY RICE, an individual; DAVID SANKEY, an individual; and JOHN AND JANE DOES, individuals,<br><br>　　　　Defendants. | **8:17CV280**<br><br>**ORDER** |

This matter comes on before the Court for consideration on the Plaintiff's Motion to Dismiss Defendants Bradley Rice and David Sankey in the above-captioned case; and the Court finds that, for good cause shown, the Defendants Bradley Rice and David Sankey, should be dismissed without prejudice, with each party to bear their own costs and attorney fees and with complete record waived.

It is hereby ordered that that Defendants Bradley Rice and David Sankey, shall be dismissed without prejudice, with each party to bear their own costs and attorney fees and with complete record waived.

Dated this 28th day of November 2018.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge