IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRIENNE SPLITTGERBER,<br><br>        Plaintiff,<br><br>vs.<br><br>THE STATE OF NEBRASKA, THE NEBRASKA STATE PATROL, STEPHEN HAUDRICH, Dr., an individual; BRADLEY RICE, an individual; DAVID SANKEY, an individual; and JOHN AND JANE DOES, individuals;<br><br>        Defendants. | 8:17CV280<br><br>ORDER |

Due to continuances granted in this case, Defendants' motion for summary judgment was not fully submitted until February 27, 2019. As such, the court's summary judgment rulings will not be available sufficiently in advance of the scheduled pretrial conference to permit the parties to incorporate those rulings into their trial strategy and the proposed pretrial conference order.

Accordingly,

IT IS ORDERED that the pretrial conference and jury trial are continued pending further order of the court. If this case is not fully resolved by summary judgment, within ten (10) days after the summary judgment ruling, the parties shall contact the undersigned magistrate judge's chambers to re-schedule the pretrial conference and trial.

March 8, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge